IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Scott Scuba, et al., :
:
    Plaintiff(s) :
: Case Number: 1:06cv160
vs. :
: District Judge Susan J. Dlott
Reginald Wilkinson, et al., :
:
    Defendant(s) :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on May 10, 2006(Doc. 31), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 31, 2006, hereby ADOPTS said Report and Recommendations.

Accordingly, the Court DENIES Plaintiff's Motions for Temporary Restraining Order and for Preliminary Injunction (Doc. 8).

IT IS SO ORDERED.

                                                                           s/Susan J. Dlott
                                                                           Susan J. Dlott
                                                                           United States District Judge