IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Scott Scuba, et al., :
:
       Plaintiff(s), :
: Case Number: 1:06cv160
   vs. :
: District Judge Susan J. Dlott
Reginald Wilkinson, et al., :
:
       Defendant(s). :

ORDER

     This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 19, 2006 Report and Recommendations (Doc. 57). Subsequently, the defendants filed objections to such Report and Recommendations (Doc. 60) and plaintiffs filed a reply to the objections (Doc. 61).

     The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

     Accordingly, Defendants' Motion to Dismiss the entire amended complaint (Doc. 52) is DENIED and Plaintiffs' amended complaint against the John and Jane Doe defendants is DISMISSED without prejudice (Doc. 37) on the basis of plaintiffs' failure to exhaust their administrative remedies as to those defendants.

     IT IS SO ORDERED.

                                 ___s/Susan J. Dlott_____
                                 Susan J. Dlott
                                 United States District Judge