IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Robert Scott Scuba, et al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv160 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| Reginald Wilkinson, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on March 22, 2007(Doc. 76), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 11, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, Plaintiff's Motion for Injunction (Doc. 66) is **DENIED.**

IT IS SO ORDERED.

                                                                                                                              s/Susan J. Dlott  
                                                                                                                             Susan J. Dlott  
                                                                                                                             United States District Judge