IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROBERT SCOTT SCUBA, et al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv160 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| REGINALD WILKINSON, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 17, 2007 a Report and Recommendations (Doc. 83). Subsequently, the Plaintiffs' filed objections to such Report and Recommendations (Doc. 86), the Defendants' filed their objections in part to the Report and Recommendation (Doc. 91) and Plaintiff's filed a reply to Defendant's objections (Doc. 94).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Defendants' Motion for Judgment on the pleadings is **GRANTED** with respect to:

(A)  All claims against Defendant Reginald Wilkinson;

(B)  Plaintiffs' due process claims against Defendants Casey Barr and April Barr based upon an alleged failure to investigate or respond;

      ( C )    Plaintiffs' claims they were deprived of due process in connection with the unwarranted disciplinary actions taken against them.

      (D)    Plaintiffs' 42 U.S.C. § 1985 conspiracy claims;

      (E)    Plaintiffs' claims challenging their work reassignments.

Defendants' Motion for Judgment on the pleading is **DENIED** in all other respects.

IT IS SO ORDERED.


          ___s/Susan J. Dlott_____
          Susan J. Dlott
          United States District Judge