IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROBERT SCOTT SCUBA, et. al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv160 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| REGINALD WILKINSON, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on May 20, 2009 (Doc. 157), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 10, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, the Ohio Attorney General's motion to dismiss Gerald LeForge as a defendant for failure of service (Doc. 140) is **GRANTED.**

In the alternative, the amended complaint is **DISMISSED** as to defendant leForge for failure to state a claim upon which relief is granted. *See* 28 U.S.C. § 1915(e)(2)(B).

IT IS SO ORDERED.

   ___s/Susan J. Dlott_____
   Chief Judge Susan J. Dlott
   United States District Court