**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:06-CV-160 SJD DOC 168

Sent To: John Robert Modie
Street, Apt. No.; or PO Box No.: ROSS CORRECTIONAL INST. P.O. BX 7010
City, State, ZIP+4: CHILLICOTHE, OH 45601

7007 0710 0000 8129 8480

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:06-CV-160 SJD DOC 168

Sent To: Robert Scott Scuba 359-073 #
Street, Apt. No.; or PO Box No.: MADISON CORRECTIONAL INST. P.O. BX 740
City, State, ZIP+4: LONDON, OH 43140

7007 0710 0000 8129 8497

PS Form 3800, August 2006 — See Reverse for Instructions