IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROBERT SCOTT SCUBA, et. al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv160 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| REGINALD WILKINSON, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 14, 2009 a Report and Recommendation (Doc. 168). Subsequently, the plaintiffs filed objections to such Report and Recommendation (Doc. 177) and defendants filed a response (Doc. 184).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, defendants' Motion for Summary Judgment is **GRANTED** (Doc. 128). The Court further **ORDERS** that Plaintiff's Motion to Stay Summary Judgment proceeding (Doc. 178) and Motion for Leave to Supplement Pleadings (Doc. 179) are both **DENIED.** This Court has previously denied additional discovery (Doc. 176) and the Report and Recommendation treated the Amended Complaint and attachments as verified (Doc. 168 at 2). The Court further **ORDERS** that pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons stated in the Report and Recommendation an

appeal of this Court's Order will not be taken in good faith.  *See McGore v. Wrigglesworth,* 114F.3d 601 (6th Cir. 1997).

      IT IS SO ORDERED.


                              ___s/Susan J. Dlott_____
                              Chief Judge Susan J. Dlott
                              United States District Court