| U.S. Postal Service™ | U.S. Postal Service™ |
|---|---|
| **CERTIFIED MAIL™ RECEIPT** | **CERTIFIED MAIL™ RECEIPT** |
| *(Domestic Mail Only; No Insurance Coverage Provided)* | *(Domestic Mail Only; No Insurance Coverage Provided)* |

7004 2510 0007 0387 3186

7004 2510 0007 0387 3179

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: John Robert Modic
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002       See Reverse for Instructions

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Robert Scott Scuba
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002       See Reverse for Instructions